ACCEPTED
06-15-00138-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/12/2015 1:42:02 PM
DEBBIE AUTREY
CLERK

## NO.  06-15-00138-CR

| | | | |
|---|---|---|---|
| **ADELI MEDINA CARRANZA** | § | **IN THE** | FILED IN |
| | § | | 6th COURT OF APPEALS |
| **V.** | § | **SIXTH COURT** | TEXARKANA, TEXAS |
| | § | | 11/12/2015 1:42:02 PM |
| **STATE OF TEXAS** | § | **OF APPEALS** | DEBBIE AUTREY |
| | | | Clerk |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Adeli Medina Carranza, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 6th Judicial District Court of Lamar County, Texas.

2.     The case below was styled the <u>State of Texas vs. Adelia Medina Carranza</u>, and numbered 26122.

3.     Appellant was convicted for offense of Unlawful Possession of a Firearm by a Feon.

4.     Appellant was assessed a sentence of 10 years' imprisonment on July 8, 2015

5.     Appellant's notice of appeal was given on July 8, 2015.

6.     The clerk's record was filed on September 4, 2015; the reporter's record was filed on October 13, 2015.

7.     The appellate brief is presently due on November 12, 2015.

8.     Appellant requests an extension of time of 30 days, i.e. until December 12, 2015.

9.     This is the first motion for an extension to file the brief submitted in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension: Counsel is unable to perform an adequate review of the record and prepare a professional brief prior to the current due date. Counsel would further show the following:

Counsel serves as counsel for Appellant in Case No. 06-15-00055-CV. The brief in that case was filed on November 2, 2015. Counsel serves as counsel for Appellant in Case Nos. 06-15-00052-CR. The brief in that case was filed October 21, 2015. Counsel serves as counsel for Appellant in Case No. 06-15-00092-CV. This is an accelerated appeal in which the brief is currently due November 16, 2015.

Counsel's office was closed on November 11, 2015 in observance of Veterans Day. Counsel performed duties as Municipal Judge for the City of Paris on October 23-30 and November 6-8, 2015. Counsel had full day depositions in Case No. 83813 in the 62nd District Court on November 4 and 5, 2015.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,


McLaughlin, Hutchison & Biard, LLP
38 1st NW
Paris, TX 75460
Tel: (903)785-1606
Fax: (903)785-7580


By: _____
    Don Biard
    State Bar No. 24047755
    Attorney for Ralph Barba, Jr.

## CERTIFICATE OF SERVICE

This is to certify that on November 12, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Red River County, Texas, via facsimile.


_____
Don Biard

STATE OF TEXAS         §
                                             §

COUNTY OF LAMAR      §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared Don Biard, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



_____

Don Biard

Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on _Nov. 12_____, 2015, to certify which witness my hand and seal of office.

_Anita Sparks_____

Notary Public, State of Texas

ANITA SPARKS
Notary Public
State of Texas
Comm. Expires 2-09-2016